# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Robert J. Follis | § | Case No. 12-27717 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/07/2012 . The undersigned trustee was appointed on 12/15/2018 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 38,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 21,270.53 |
| Bank service fees | 640.85 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 16,088.62 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  09/28/2015  and the deadline for filing governmental claims was  09/28/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,550.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 4,550.00 , for a total compensation of $ 4,550.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 32.10 , for total expenses of $ 32.10 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/28/2018                    By:/s/Zane L. Zielinski, Trustee
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-27717 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Robert J. Follis | | | | Date Filed (f) or Converted (c): | 07/07/2012 (f) |
| | | | | | 341(a) Meeting Date: | 02/07/2013 |
| For Period Ending: | 08/28/2018 | | | | Claims Bar Date: | 09/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 2. TCF BANK 9623 | 180.95 | 0.00 | | 0.00 | FA |
| 3. TCF BANK 1620 | 0.00 | 0.00 | | 0.00 | FA |
| 4. TCF BANK 2325 | 0.00 | 0.00 | | 0.00 | FA |
| 5. Household goods | 1,950.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7. WEDDING RING/WATCH | 50.00 | 0.00 | | 0.00 | FA |
| 8. SPORTS MEMORABILA | 500.00 | 0.00 | | 0.00 | FA |
| 9. THE FOLLIS INS AGENCY LLC | 0.00 | 0.00 | | 0.00 | FA |
| 10. ROBERT J FOLLIS DBA THE FOLLIS INS AGENCY LLC | 0.00 | 0.00 | | 0.00 | FA |
| 11. 40 SHARES OF EXECLON CORP STOCK | 37.85 | 0.00 | | 0.00 | FA |
| 12. COMMISSION DUE TO ROBERT J FOLLIS | 4,189.00 | 0.00 | | 0.00 | FA |
| 13. 1989 JEEP CHEROKEE SPORT | 1,800.00 | 0.00 | | 0.00 | FA |
| 14. 2002 CHRYSLER SPORT | 1,325.00 | 0.00 | | 0.00 | FA |
| 15. OFFICE EQUIPMENT & FURNITURE | 5,000.00 | 0.00 | | 0.00 | FA |
| 16. Fraudulent Transfer of Business Assets (u) | 53,000.00 | 53,000.00 | | 38,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $68,582.80      $53,000.00      $38,000.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

RE PROP #    16    --    The Debtor died prior to completing payments due under settlement agreement.

Exhibit A

Initial Projected Date of Final Report (TFR):          Current Projected Date of Final Report (TFR):

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 12-27717 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Robert J. Follis | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2393 |
| | Checking |
| Taxpayer ID No: XX-XXX5088 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/28/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/19/18 | | Estate of Robert J. Follis, 12-27717 | Trustee Transfer | 9999-000 | $16,222.29 | | $16,222.29 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $16,212.29 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.77 | $16,190.52 |
| 03/08/18 | 5001 | International Sureties, LTD. Suite 420 701 Pydras Street New Orleans, LA 70139 | Yearly Bond | 2300-000 | | $7.42 | $16,183.10 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.06 | $16,159.04 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.25 | $16,135.79 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.99 | $16,111.80 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.18 | $16,088.62 |

| | | |
|---|---|---|
| COLUMN TOTALS | $16,222.29 | $133.67 |
| Less: Bank Transfers/CD's | $16,222.29 | $0.00 |
| Subtotal | $0.00 | $133.67 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $133.67 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No.: 12-27717 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: Robert J. Follis | Bank Name: | Rabobank, N.A. |
| | Account Number/CD#: | XXXXXX6366 |
| | | Checking |
| Taxpayer ID No: XX-XXX5088 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 08/28/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/09/16 | 16 | Insurance Pro Agencies<br>15255 S. 94th Avenue<br>Suite 410<br>Orland Park, IL 60462 | INSURANCE SETTLEMENT DEPOSIT CHECK #005435 | 1241-000 | $35,000.00 | | $35,000.00 |
| 08/31/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $35.14 | $34,964.86 |
| 09/30/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $50.15 | $34,914.71 |
| 10/31/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $48.41 | $34,866.30 |
| 11/30/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $53.35 | $34,812.95 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*   Page Subtotals:   $35,000.00   $187.05

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No.: 12-27717 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Robert J. Follis | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX6366 |
| | Checking |
| Taxpayer ID No: XX-XXX5088 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/28/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/27/16 | 101 | Law Office of William J. Factor<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | FEES & EXPENSES TO COUNSEL PER ORDER OF 12/13/16<br>Memo Allocation:<br>Name/Address:<br>Description: FEES TO COUNSEL<br>UTC: 3210-00<br>Amount:  $20,000.00<br><br>Claim Link:  3<br>----<br>Memo Allocation:<br>Name/Address:<br>Description: EXPENSES TO COUNSEL<br>UTC: 3220-00<br>Amount:  $371.48<br><br>Claim Link:  4<br>---- | | | $20,371.48 | $14,441.47 |
| | | Law Offices of William J. Factor | ($20,000.00) | 3210-000 | | | |
| | | Law Offices of William J. Factor | ($371.48) | 3220-000 | | | |
| 12/30/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $49.93 | $14,391.54 |
| 01/31/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $31.83 | $14,359.71 |
| 02/23/17 | 102 | International Sureties, LTD.<br>Suite 420<br>701 Pydras Street<br>New Orleans, LA 70139 | BOND PREMIUM PAYMENT ON LEDGER    Reversal BALANCE AS OF 12/31/2016 FOR CASE #12-27717, Bond #016073584 | 2300-000 | | $30.63 | $14,329.08 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                    Page Subtotals:                    $0.00        $20,483.87

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-27717 | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|
| Case Name: | Robert J. Follis | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX6366 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5088 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/28/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $19.27 | $14,309.81 |
| 03/13/17 | 103 | US Treasury<br>Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | 1041 TAX YEAR END 12/31/16 -<br>TIN:30-6535088 | 2810-000 | | $403.00 | $13,906.81 |
| 03/13/17 | 104 | Illinois Dept of Revenue<br>PO Box 19053<br>Springfield, IL 62794-9053 | IL-1041 YEAR END 12/31/16 - TIN<br>30-6535088 | 2820-000 | | $458.00 | $13,448.81 |
| 03/31/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $20.94 | $13,427.87 |
| 04/28/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $18.02 | $13,409.85 |
| 05/11/17 | 16 | The Follis Insurance Agency, LLC<br>25311 W. Eames St.<br>Channahon, IL 60410 | settlement funds<br>DEPOSIT CHECK #1126 | 1241-000 | $2,500.00 | | $15,909.85 |
| 05/31/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $23.13 | $15,886.72 |
| 06/30/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $22.84 | $15,863.88 |
| 07/25/17 | 16 | The Follis Insurance Agency, LLC<br>25311 W. Eames St.<br>Channahon, IL 60410 | settlement funds<br>DEPOSIT CHECK #1131 | 1241-000 | $500.00 | | $16,363.88 |
| 07/31/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $22.10 | $16,341.78 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*      Page Subtotals:      $3,000.00      $987.30

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 12-27717
Case Name: Robert J. Follis
Trustee Name: Zane L. Zielinski, Trustee
Bank Name: Rabobank, N.A.
Account Number/CD#: XXXXXX6366
Checking
Taxpayer ID No: XX-XXX5088
Blanket Bond (per case limit): $5,000,000.00
For Period Ending: 08/28/2018
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/17 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $25.85 | $16,315.93 |
| 09/29/17 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $22.68 | $16,293.25 |
| 10/31/17 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $24.99 | $16,268.26 |
| 11/30/17 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $23.39 | $16,244.87 |
| 12/29/17 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $22.58 | $16,222.29 |
| 01/19/18 | 105 | Estate of Robert J. Follis, 12-27717 | Trustee Transfer | 9999-000 | | $16,222.29 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $38,000.00 | $38,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $16,222.29 |
| Subtotal | $38,000.00 | $21,777.71 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $38,000.00 | $21,777.71 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*                                    Page Subtotals:                    $0.00         $16,341.78

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2393 - Checking | $0.00 | $133.67 | $16,088.62 |
| XXXXXX6366 - Checking | $38,000.00 | $21,777.71 | $0.00 |
| | $38,000.00 | $21,911.38 | $16,088.62 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $38,000.00 |
| Total Gross Receipts: | $38,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-27717  
Debtor Name: Robert J. Follis  
Claims Bar Date: 9/28/2015  

Date: August 31, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $4,550.00 | $4,550.00 |
| 100 2200 | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $32.10 | $32.10 |
| BOND 100 2300 | International Sureties, LTD.<br>Suite 420<br>701 Pydras Street<br>New Orleans, LA 70139 | Administrative | | $0.00 | $30.63 | $30.63 |
| ADMIN 3 100 2700 | Clerk, United States Bankruptcy Court<br>219 South Dearboon<br>7th Floor<br>Chicago, Illinois 60604 | Administrative | | $0.00 | $350.00 | $350.00 |
| 100 2810 | US Treasury<br>Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | Administrative | | $0.00 | $403.00 | $403.00 |
| 100 2820 | Illinois Department Of Revenue<br>Po Box 19035<br>Springfield, Il 62794-9035 | Administrative | | $0.00 | $458.00 | $458.00 |
| ADMIN 1 100 3210 | Law Offices of William J. Factor<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Administrative | | $0.00 | $20,000.00 | $20,000.00 |
| ADMIN 2 100 3220 | Law Offices of William J. Factor<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Administrative | | $0.00 | $371.48 | $371.48 |
| 100 3410 | Alan D. Lasko & Associates P.C.<br>205 West Randolph Street<br>Suite 1105<br>Chicago, IL 60606 | Administrative | | $0.00 | $1,616.00 | $1,616.00 |

Page 1    Printed: August 31, 2018

**UST Form 101-7-TFR (5/1/2011)** *(Page: 11)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-27717  
Debtor Name: Robert J. Follis  
Claims Bar Date: 9/28/2015  
Date: August 31, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1<br>100<br>3420 | Alan D. Lasko & Associates P.C.<br>205 West Randolph Street<br>Suite 1105<br>Chicago, IL 60606 | Administrative | | $0.00 | $46.60 | $46.60 |
| 1<br>300<br>7100 | Olav Jore<br>C/O Nigro Westfall & Gryska, PC | Unsecured | | $0.00 | $357,383.00 | $357,383.00 |
| | Case Totals | | | $0.00 | $385,240.81 | $385,240.81 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                                    Printed: August 31, 2018

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-27717
Case Name: Robert J. Follis
Trustee Name: Zane L. Zielinski, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 16,088.62 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 4,550.00 | $ 0.00 | $ 4,550.00 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $ 32.10 | $ 0.00 | $ 32.10 |
| Attorney for Trustee Fees: Law Offices of William J. Factor | $ 20,000.00 | $ 20,000.00 | $ 0.00 |
| Attorney for Trustee Expenses: Law Offices of William J. Factor | $ 371.48 | $ 371.48 | $ 0.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P.C. | $ 1,616.00 | $ 0.00 | $ 1,616.00 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P.C. | $ 46.60 | $ 0.00 | $ 46.60 |
| Charges: Clerk, United States Bankruptcy Court | $ 350.00 | $ 0.00 | $ 350.00 |
| Other: US Treasury | $ 403.00 | $ 403.00 | $ 0.00 |
| Other: International Sureties, LTD. | $ 30.63 | $ 30.63 | $ 0.00 |
| Other: Illinois Department Of Revenue | $ 458.00 | $ 458.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 6,594.70 |
| Remaining Balance | $ | 9,493.92 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 357,383.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Olav Jore | $ 357,383.00 | $ 0.00 | $ 9,493.92 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 9,493.92 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE