# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Robert J. Follis**,** | Case No.  12-27717 |
| Debtor. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

   I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #79)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on September 6, 2018.

Dated: September 6, 2018            **Zane L. Zielinski,** not individually but as the
                                                         chapter 7 trustee of the bankruptcy estate of
                                                         **Robert J. Follis,**

                                                         By: /s/ Zane L. Zielinski
                                                         Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
     ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

**Registrants**

(Service via ECF)

- **John M Brom**     jbrom@querrey.com, cdicaro@querrey.com;jalonso@querrey.com
- **William D Cherny**     bill@chernylaw.com
- **William J Factor**     wfactor@wfactorlaw.com, wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com
- **Chester H. Foster**     chf@fosterlegalsvcs.com, dbf@fosterlegalservices.com
- **Douglas C. Giese**     dgiese@querrey.com, dcgiese@hotmail.com
- **Patrick S Layng**     USTPRegion11.ES.ECF@usdoj.gov
- **Michael T Nigro**     mike@nigrowestfall.com
- **Jeffrey K. Paulsen**     jpaulsen@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;jpaulsen@ecf.inforuptcy.com;nbouchard@wfactorlaw.com
- **Thomas B Sullivan**     tsullivan@wfactorlaw.com, IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com

## MANUAL SERVICE LIST

**Olav E. Jore**
**C/O Michael Nigro**
**Nigro Westfall & Gryska P.C.**
**1793 Bloomingdale Road, Glendale Heights, IL 60139**

**Anne Fahy**
**350 Houbolt Road,**
**Joliet, IL 60431**

*Robert J. Follis (deceased)*