UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Robert J. Follis | § | Case No. 12-27717 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,768.80 *(Without deducting any secured claims)* | Assets Exempt: 13,814.00 |
| Total Distributions to Claimants: 9,493.92 | Claims Discharged Without Payment: 347,889.08 |
| Total Expenses of Administration: 28,506.08 | |

3) Total gross receipts of $ 38,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 38,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 26,231.08 | 27,746.83 | 28,506.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 357,383.00 | 357,383.00 | 9,493.92 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 383,614.08 | $ 385,129.83 | $ 38,000.00 |

4) This case was originally filed under chapter 7 on 07/07/2012 . The case was pending for 78 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/03/2018     By:/s/Zane L. Zielinski, Trustee
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent Transfer of Business Assets | 1241-000 | 38,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$38,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Thomas B. Sullivan Trustee | 2100-000 | NA | 0.00 | 1,515.75 | 2,275.00 |
| Zane L. Zielinski, Trustee | 2100-001 | NA | 2,275.00 | 2,275.00 | 2,275.00 |
| Zane L. Zielinski, Trustee | 2200-001 | NA | 32.10 | 32.10 | 32.10 |
| International Sureties, LTD. | 2300-000 | NA | 38.05 | 38.05 | 38.05 |
| Associated Bank | 2600-000 | NA | 126.25 | 126.25 | 126.25 |
| Rabobank, N.A. | 2600-000 | NA | 514.60 | 514.60 | 514.60 |
| Clerk, United States Bankruptcy Court | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| US Treasury | 2810-000 | NA | 403.00 | 403.00 | 403.00 |
| Illinois Department Of Revenue | 2820-000 | NA | 458.00 | 458.00 | 458.00 |
| Law Offices of William J. Factor | 3210-000 | NA | 20,000.00 | 20,000.00 | 20,000.00 |
| Law Offices of William J. Factor | 3220-000 | NA | 371.48 | 371.48 | 371.48 |
| Alan D. Lasko & Associates P.C. | 3410-001 | NA | 1,616.00 | 1,616.00 | 1,616.00 |
| Alan D. Lasko & Associates P.C. | 3420-001 | NA | 46.60 | 46.60 | 46.60 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 26,231.08 | $ 27,746.83 | $ 28,506.08 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Olav Jore | 7100-001 | NA | 357,383.00 | 357,383.00 | 9,493.92 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ NA | $ 357,383.00 | $ 357,383.00 | $ 9,493.92 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-27717 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Robert J. Follis | | | | Date Filed (f) or Converted (c): | 07/07/2012 (f) |
| | | | | | 341(a) Meeting Date: | 02/07/2013 |
| For Period Ending: | 12/03/2018 | | | | Claims Bar Date: | 09/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 2. TCF BANK 9623 | 180.95 | 0.00 | | 0.00 | FA |
| 3. TCF BANK 1620 | 0.00 | 0.00 | | 0.00 | FA |
| 4. TCF BANK 2325 | 0.00 | 0.00 | | 0.00 | FA |
| 5. Household goods | 1,950.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7. WEDDING RING/WATCH | 50.00 | 0.00 | | 0.00 | FA |
| 8. SPORTS MEMORABILA | 500.00 | 0.00 | | 0.00 | FA |
| 9. THE FOLLIS INS AGENCY LLC | 0.00 | 0.00 | | 0.00 | FA |
| 10. ROBERT J FOLLIS DBA THE FOLLIS INS AGENCY LLC | 0.00 | 0.00 | | 0.00 | FA |
| 11. 40 SHARES OF EXECLON CORP STOCK | 37.85 | 0.00 | | 0.00 | FA |
| 12. COMMISSION DUE TO ROBERT J FOLLIS | 4,189.00 | 0.00 | | 0.00 | FA |
| 13. 1989 JEEP CHEROKEE SPORT | 1,800.00 | 0.00 | | 0.00 | FA |
| 14. 2002 CHRYSLER SPORT | 1,325.00 | 0.00 | | 0.00 | FA |
| 15. OFFICE EQUIPMENT & FURNITURE | 5,000.00 | 0.00 | | 0.00 | FA |
| 16. Fraudulent Transfer of Business Assets (u) | 53,000.00 | 53,000.00 | | 38,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $68,582.80 | $53,000.00 | | $38,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

The final report was approved on October 5, 2018.

RE PROP #      16   --   The Debtor died prior to completing payments due under settlement agreement.

Initial Projected Date of Final Report (TFR):          Current Projected Date of Final Report (TFR):

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-27717 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Robert J. Follis | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2393 |
| | Checking |
| Taxpayer ID No: XX-XXX5088 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/03/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/19/18 | | Estate of Robert J. Follis, 12-27717 | Trustee Transfer | 9999-000 | $16,222.29 | | $16,222.29 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $16,212.29 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.77 | $16,190.52 |
| 03/08/18 | 5001 | International Sureties, LTD.<br>Suite 420<br>701 Pydras Street<br>New Orleans, LA 70139 | Yearly Bond | 2300-000 | | $7.42 | $16,183.10 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.06 | $16,159.04 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.25 | $16,135.79 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.99 | $16,111.80 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.18 | $16,088.62 |
| 10/05/18 | 5002 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution Reversal<br>The Trustee compensation is split and this amount is incorrect | | | ($4,582.10) | $20,670.72 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | $4,550.00 | 2100-000 | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | $32.10 | 2200-000 | | |
| 10/05/18 | 5002 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $4,582.10 | $16,088.62 |

| | | | Page Subtotals: | | $16,222.29 | $133.67 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-27717 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Robert J. Follis | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2393 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5088 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/03/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($4,550.00) | 2100-001 | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($32.10) | 2200-001 | | |
| 10/05/18 | 5003 | Clerk, United States Bankruptcy Court<br>219 South Dearboon<br>7th Floor<br>Chicago, Illinois 60604 | Final distribution representing a payment of 100.00 % per court order. | | 2700-000 | | $350.00 | $15,738.62 |
| 10/05/18 | 5004 | Alan D. Lasko & Associates P.C.<br>205 West Randolph Street<br>Suite 1105<br>Chicago, IL 60606 | Distribution | | | | $1,662.60 | $14,076.02 |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. | ($1,616.00) | 3410-001 | | |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. | ($46.60) | 3420-001 | | |
| 10/05/18 | 5005 | Olav Jore<br>C/O Nigro Westfall & Gryska, PC | Final distribution to claim 1 representing a payment of 2.66 % per court order. | | 7100-001 | | $9,493.92 | $4,582.10 |
| 10/05/18 | 5006 | Sullivan Trustee, Thomas B.<br>105 W Madison<br>Suite 1500<br>Chicago, IL  60602 | Distribution | | 2100-000 | | $2,275.00 | $2,307.10 |
| 10/05/18 | 5007 | Zielinski, Zane L.<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | | $2,307.10 | $0.00 |
| | | Zielinski, Zane L. | | ($2,275.00) | 2100-000 | | |
| | | Zielinski, Zane L. | | ($32.10) | 2200-000 | | |

| | | | Page Subtotals: | | $0.00 | $16,088.62 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-27717 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Robert J. Follis | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2393 |
| | Checking |
| Taxpayer ID No: XX-XXX5088 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/03/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/24/18 | 5005 | Olav Jore<br>C/O Nigro Westfall & Gryska, PC | Final distribution to claim 1 representing a payment of 2.66 % per court order. Reversal Returned check because of dispute | 7100-000 | | ($9,493.92) | $9,493.92 |
| 11/02/18 | 5008 | United States Bankruptcy Clerk<br>219 South Dearborn<br>7th Floor<br>Chicago, Illinois 60604 | Unclaimed Funds | 7100-000 | | $9,493.92 | $0.00 |
| 11/12/18 | 5004 | Alan D. Lasko & Associates P.C.<br>205 West Randolph Street<br>Suite 1105<br>Chicago, IL 60606 | Distribution Reversal<br>check not received | | | ($1,662.60) | $1,662.60 |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order.  $1,616.00 | 3410-000 | | | |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order.  $46.60 | 3420-000 | | | |
| 11/13/18 | 5009 | Alan D. Lasko & Associates P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Distribution | | | $1,662.60 | $0.00 |
| | | Alan D. Lasko & Associates P.C. | ($1,616.00) | 3410-000 | | | |
| | | Alan D. Lasko & Associates P.C. | ($46.60) | 3420-000 | | | |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $16,222.29 | $16,222.29 |
| Less: Bank Transfers/CD's | $16,222.29 | $0.00 |
| Subtotal | $0.00 | $16,222.29 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $16,222.29 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)  *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-27717 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Robert J. Follis | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX6366 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5088 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/03/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/09/16 | 16 | Insurance Pro Agencies<br>15255 S. 94th Avenue<br>Suite 410<br>Orland Park, IL 60462 | INSURANCE SETTLEMENT DEPOSIT CHECK #005435 | 1241-000 | $35,000.00 | | $35,000.00 |
| 08/31/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $35.14 | $34,964.86 |
| 09/30/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $50.15 | $34,914.71 |
| 10/31/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $48.41 | $34,866.30 |
| 11/30/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $53.35 | $34,812.95 |

Page Subtotals: $35,000.00    $187.05

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-27717 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Robert J. Follis | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX6366 |
| | Checking |
| Taxpayer ID No: XX-XXX5088 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/03/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/27/16 | 101 | Law Office of William J. Factor<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | FEES & EXPENSES TO COUNSEL PER ORDER OF 12/13/16<br>Memo Allocation:<br>Name/Address:<br>Description: FEES TO COUNSEL<br>UTC: 3210-00<br>Amount:    $20,000.00<br><br>Claim Link:    3<br>----<br>Memo Allocation:<br>Name/Address:<br>Description: EXPENSES TO COUNSEL<br>UTC: 3220-00<br>Amount:    $371.48<br><br>Claim Link:    4<br>---- | | | $20,371.48 | $14,441.47 |
| | | Law Offices of William J. Factor | ($20,000.00) | 3210-000 | | | |
| | | Law Offices of William J. Factor | ($371.48) | 3220-000 | | | |
| 12/30/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $49.93 | $14,391.54 |
| 01/31/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $31.83 | $14,359.71 |
| 02/23/17 | 102 | International Sureties, LTD.<br>Suite 420<br>701 Pydras Street<br>New Orleans, LA 70139 | BOND PREMIUM PAYMENT ON LEDGER    Reversal BALANCE AS OF 12/31/2016 FOR CASE #12-27717, Bond #016073584 | 2300-000 | | $30.63 | $14,329.08 |

| | | | Page Subtotals: | | $0.00 | $20,483.87 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-27717 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Robert J. Follis | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX6366 |
| | Checking |
| Taxpayer ID No: XX-XXX5088 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/03/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $19.27 | $14,309.81 |
| 03/13/17 | 103 | US Treasury<br>Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | 1041 TAX YEAR END 12/31/16 -<br>TIN:30-6535088 | 2810-000 | | $403.00 | $13,906.81 |
| 03/13/17 | 104 | Illinois Dept of Revenue<br>PO Box 19053<br>Springfield, IL 62794-9053 | IL-1041 YEAR END 12/31/16 - TIN 30-6535088 | 2820-000 | | $458.00 | $13,448.81 |
| 03/31/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $20.94 | $13,427.87 |
| 04/28/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $18.02 | $13,409.85 |
| 05/11/17 | 16 | The Follis Insurance Agency, LLC<br>25311 W. Eames St.<br>Channahon, IL 60410 | settlement funds<br>DEPOSIT CHECK #1126 | 1241-000 | $2,500.00 | | $15,909.85 |
| 05/31/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $23.13 | $15,886.72 |
| 06/30/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $22.84 | $15,863.88 |
| 07/25/17 | 16 | The Follis Insurance Agency, LLC<br>25311 W. Eames St.<br>Channahon, IL 60410 | settlement funds<br>DEPOSIT CHECK #1131 | 1241-000 | $500.00 | | $16,363.88 |
| 07/31/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $22.10 | $16,341.78 |

Page Subtotals: $3,000.00    $987.30

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-27717 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Robert J. Follis | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX6366 |
| | Checking |
| Taxpayer ID No: XX-XXX5088 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/03/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/17 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $25.85 | $16,315.93 |
| 09/29/17 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $22.68 | $16,293.25 |
| 10/31/17 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $24.99 | $16,268.26 |
| 11/30/17 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $23.39 | $16,244.87 |
| 12/29/17 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $22.58 | $16,222.29 |
| 01/19/18 | 105 | Estate of Robert J. Follis, 12-27717 | Trustee Transfer | 9999-000 | | $16,222.29 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $38,000.00 | $38,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $16,222.29 |
| Subtotal | $38,000.00 | $21,777.71 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $38,000.00 | $21,777.71 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $16,341.78 |

UST Form 101-7-TDR (10/1/2010)  (Page: 14)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2393 - Checking | $0.00 | $16,222.29 | $0.00 |
| XXXXXX6366 - Checking | $38,000.00 | $21,777.71 | $0.00 |
|  | $38,000.00 | $38,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $38,000.00 |
| Total Gross Receipts: | $38,000.00 |

Page Subtotals:     $0.00     $0.00